Viola CUPPS, mother on behalf of Erica N. Bonell (Shepard) and Nathan E. Bonell, Plaintiff–Appellant,

v.

State of WASHINGTON, including but not limited to Department of Social and Health Services/Child Protective Services; Medical contracts and/or providers of services thereof; Attorney General's Office; Office of Assigned Counsel; Juvenile Superior Court; Superior Court; and Human Rights Council, Defendant–Appellee.

No. 00–35866.

D.C. No. CV–00–05406–FDB.

United States Court of Appeals, Ninth Circuit.

Submitted July 9, 2001.*

Decided July 20, 2001.

Before KOZINSKI, T.G. NELSON, and TALLMAN, Circuit Judges.

MEMORANDUM **

Viola Cupps appeals pro se the dismissal of her action alleging fraud, negligent misrepresentation, and breach of fiduciary duty arising from a child custody and termination of parental rights proceeding in Washington state court. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

 We review de novo a district court's dismissal for lack of subject matter

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

jurisdiction. *Murphey v. Lanier,* 204 F.3d 911, 912 (9th Cir.2000). Dismissal was proper because Cupps' complaint alleged that all parties were citizens of the same state and presented no federal question. *See Audette v. Int'l Longshoremen's & Warehousemen's Union,* 195 F.3d 1107, 1111 (9th Cir.1999).

The district court did not abuse its discretion by denying Cupps' post-judgment motion for reconsideration and to amend her complaint. *See Barber v. Hawaii,* 42 F.3d 1185, 1198 (9th Cir.1994) (motion for reconsideration); *Lindauer v. Rogers,* 91 F.3d 1355, 1357 (9th Cir.1996) (post-judgment motion to amend).

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.